IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
STEVEN UMBRIA,                        :     CIVIL ACTION
                                      :     NO. 21-1718
            Plaintiff,                :
                                      :
      v.                              :
                                      :
VALLEY FORGE CASINO RESORT,           :
et al.,                               :
                                      :
            Defendants.               :
```

**ORDER**

**AND NOW**, this **18th** day of **February 2022**, after considering Defendants' motion for summary judgment [ECF No. 16], the response, and the reply thereto, it is hereby **ORDERED**, for the reasons in the accompanying memorandum, that Defendants' motion is **GRANTED**.

It is further **ORDERED** that the Clerk of Court shall mark the case **CLOSED**.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**