IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| STEVEN UMBRIA, | : CIVIL ACTION<br>:<br>: Case No. 2:21-cv-01718-ER |
| Plaintiff, | : |
| v. | : |
| VALLEY FORGE CASINO RESORT | : |
| and | : |
| BOYD GAMING CORPORATION, | : |
| Defendants. | : |

**<u>DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS</u>**

Pursuant to Federal Rule of Civil Procedure 54(d) and 42 U.S.C. § 12205, Defendants Valley Forge Casino Resort and Boyd Gaming Corporation ("Defendants"), by and through their undersigned counsel, respectfully move this Court for an Order awarding reasonable attorneys' fees and non-taxable costs in favor of Defendants and against Plaintiff. In support of its Motion, Defendants aver as follows:

1. Fed. R. Civ. P. 54(d) and 42 U.S.C. § 12205 allow this Court to award reasonable attorneys' fees and non-taxable costs to a prevailing party.

2. On February 18, 2022, this Court granted summary judgment in favor of Defendants and against Plaintiff on all claims. (ECF Nos. 20-21). Accordingly, Defendants are the prevailing parties in the above-captioned action.

3. As the prevailing party, and for the reasons set forth in the accompanying Memorandum of Law, which is incorporated herein by reference, Defendants seek their reasonable attorneys' fees in the amount of $66,429.02 and non-taxable costs in the amount of $1,755.15.

|  | Respectfully submitted, |
|---|---|
| Dated: March 4, 2022 | */s/ Jacqueline R. Barrett* |
|  | Jacqueline R. Barrett (Pa I.D. #92433) |
|  | OGLETREE, DEAKINS, NASH, |
|  | SMOAK & STEWART, P.C. |
|  | 1735 Market Street, Suite 3000 |
|  | Philadelphia, Pennsylvania 19103 |
|  | Telephone: (215) 995-2800 |
|  | Facsimile: (215) 995-2801 |
|  | jacqueline.barrett@ogletree.com |
|  | *Attorneys for Defendants* |