```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| STEVEN UMBRIA, | : | CIVIL ACTION |
| | : | NO. 21-1718 |
|     Plaintiff, | : | |
| | : | |
|   v. | : | |
| | : | |
| VALLEY FORGE CASINO RESORT, et al., | : | |
| | : | |
|     Defendants. | : | |

### ORDER

**AND NOW**, this **14th day** of **March 2022**, after considering Plaintiff's unopposed request for an extension of time to file his response to Defendants' Motion for Attorneys' Fees, it is hereby **ORDERED** that Plaintiff's request is **APPROVED**. Plaintiff shall file his response by **March 25, 2022**.

    **AND IT IS SO ORDERED.**

                                                  */s/ Eduardo C. Robreno*
                                                  **EDUARDO C. ROBRENO, J.**