IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN UMBRIA, | : | CIVIL ACTION |
| | : | NO. 21-1718 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| VALLEY FORGE CASINO RESORT, et al., | : | |
| | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this **23rd day** of **March 2022,** after considering Defendants' request to withdraw their motion for attorneys' fees, Defendants' request is **APPROVED**. Defendants' motion for attorneys' fees [ECF No. 22] is **WITHDRAWN** and shall be terminated on the docket.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**